JUDGE CROTTY

**08 CV 4413**

BLANK ROME, LLP
Attorneys for Plaintiff
WAM SINGAPORE PTE LTD
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
tbelknap@blankrome.com


RECEIVED
MAY 09 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAM SINGAPORE PTE LTD,

    Plaintiff,

-against-

DOKOS MARINE S.A.,

    Defendant.

08 Civ.

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff WAM SINGAPORE PTE LTD certifies that, according to information provided to counsel by its client, WAM SINGAPORE PTE LTD is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated:    New York, New York
            May 9, 2008

                                        BLANK ROME, LLP
                                        Attorneys for Plaintiff
                                        WAM SINGAPORE PTE LTD

                                        By _____
                                            Thomas H. Belknap, Jr. (TB-3188)
                                        The Chrysler Building
                                        405 Lexington Ave.
                                        New York, NY 10174-0208
                                        (212) 885-5000
                                        tbelknap@blankrome.com

900200.00001/6638102v.1