Crotty, J

BLANK ROME, LLP
Attorneys for Plaintiff
WAM SINGAPORE PTE LTD
Thomas H. Belknap, Jr. (TB-3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000
tbelknap@blankrome.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 0 4 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WAM SINGAPORE PTE LTD,

    Plaintiff,

-against-

DOKOS MARINE S.A.,

    Defendant.

---

08 Civ. 4413 (PAC)

**NOTICE OF VOLUNTARY DISMISSAL AND RELEASE OF RULE B ATTACHMENT**

  PLEASE TAKE NOTICE, that whereas in the above-entitled action no answer or appearance has been served by defendant, and

  WHEREAS, pursuant to Order for Process of Maritime Attachment, this Court issued a Process of Maritime Attachment and Garnishment against the property belonging to defendant, DOKOS MARINE S.A., under the control of, or held by various garnishees in New York.

  NOW, on the consent of the attorney for plaintiff, it is

  ORDERED, that pursuant to Fed.R.Civ.P. Supplemental Rule E(5)(c), the Process of Maritime Attachment and Garnishment issued in this action, be and is hereby vacated.

ORDERED, that the action is dismissed without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated:   New York, New York
         June 2, 2008

                                BLANK ROME, LLP
                                Attorneys for Plaintiff
                                WAM SINGAPORE PTE LTD

                                By _____
                                   Thomas H. Belknap, Jr. (TB-3188)
                                The Chrysler Building
                                405 Lexington Ave.
                                New York, NY 10174-0208
                                (212) 885-5000

SO ORDERED: JUN 0 4 2008

_____
U.S.D.J.

311817.1
601592.00601/6642833v.1

2